IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CAMARON BAKER, | : |
| Plaintiff, | : |
| V. | : |
| | : NO. 3:24-cv-00102-TES-CHW |
| WALTON COUNTY JAIL, *et al.*, | : |
| Defendants. | : |

## ORDER OF DISMISSAL

Plaintiff Camaron Baker, a detainee in the Walton County Jail in Monroe, Georgia, filed a civil rights complaint under 42 U.S.C. § 1983. ECF Nos. 1 & 5. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. ECF Nos. 2 & 6. Thereafter, the United States Magistrate Judge granted Plaintiff's motion for leave to proceed *in forma pauperis* and ordered Plaintiff to pay an initial partial filing fee of $7.95. ECF No. 7. The Magistrate Judge gave Plaintiff fourteen days to pay the fee and cautioned Plaintiff that his failure to do so could result in the Court dismissing this case. *Id.*

More than fourteen days passed after the Magistrate Judge entered the order to pay the initial partial filing fee. In that time, Plaintiff did not pay the initial partial filing fee or otherwise respond to the order for him to do so. Accordingly, the Magistrate Judge ordered Plaintiff to show cause why this Court should not dismiss this case based on Plaintiff's failure to pay the initial partial filing fee. The Magistrate Judge gave Plaintiff fourteen days to respond and cautioned Plaintiff that his failure to respond would likely result in the Court dismissing this case.

More than fourteen days have now passed since the Magistrate Judge entered the

show cause order. Plaintiff has not responded to that order. Thus, because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, the Court now **DISMISSES** the complaint **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 10th day of March, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**